IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY KINGSBERRY,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. **07-cv-118-MJR-CJP** |
| | ) |
| **UNITED STATES OF AMERICA, LT SAMPLES, C/O REYNOLDS, C/O THOMPSON, UNKNOWN PARTY JOHN DOES, 1, 2, 3, AND 4, and NURSE CRUZ,** | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Defendants' Motion to Compel. **(Doc. 35)**. Defendants assert that on June 15, 2009, their counsel served interrogatories upon plaintiff and received insufficient answers to interrogatories. Defendants' Motion to Compel **(Doc. 35)** is **GRANTED**. Plaintiff is hereby **ORDERED** to fully respond to interrogatories 6a, 6b, 6c, 7, 9, 11c, and 11d on or before **February 24, 2010**. Failure to comply with this order will result in a recommendation that the action be dismissed.

**IT IS SO ORDERED.**

**DATED:  February 5, 2010**

                                             s/ Clifford J. Proud
                                             **CLIFFORD J. PROUD**
                                             **U. S. MAGISTRATE JUDGE**