IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ANTHONY KINGSBERRY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No. 07-cv-00118-DGW |
| UNITED STATES OF AMERICA, et al., | ) |  |
| Defendants. | ) |  |

# ORDER

On June 2, 2011, the Court held a hearing on a Motion to Compel Discovery (Doc. 66) filed by Plaintiff Anthony Kingsberry. Jennifer Baumann appeared on behalf of Plaintiff. Laura Jones appeared on behalf of Defendants. Mark McGuire appeared on behalf of the Federal Bureau of Prisons. Having reviewed the documents *in camera*, the Court **ORDERS** the following:

| NATURE OF THE RECORD | BATES NO. | PRIVILEGE ASSERTED BY DEFENDANTS | RULING |
|---|---|---|---|
| Office of Internal Affairs (OIA Report) Special Investigative Supervisor's Officer Report | 588-598 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Docs. 588-597 shall be produced.<br><br>None of the privileges apply.<br><br>These documents do not refer to pre-decisional or deliberative matters; do not disclose law enforcement techniques and procedures; nor are the individual's privacy rights impacted.<br><br>Doc. 598 is shall not be produced as it is |

| | | | protected by the Law Enforcement privilege, Deliberative Process privilege and Privacy Act |
|---|---|---|---|
| OIA Report Office of Inspector General and list of witnesses | 599-601 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>These documents do not refer to pre-decisional or deliberative matters; do not disclose law enforcement techniques and procedures; nor are the individual's privacy rights impacted as the witness's name has already been redacted. |
| OIA Report "Authorization to Conduct a Local Investigation into alleged Staff Misconduct" and<br><br>"Warning and Assurance to Employee Required to Provide Information" | 602-603 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced.<br><br>The documents are protected by the Law Enforcement Privilege. |
| OIA Report "Warning & Assurance to Employee Required to Provide Information" | 608 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>This document does not refer to pre-decisional or deliberative matters; does not disclose law enforcement techniques and procedures; nor is the individual's privacy rights |

| Document | Page | Privileges Asserted | Ruling |
|---|---|---|---|
| | | | impacted. |
| OIA Report "Warning & Assurance to Employee Required to Provide Information" | 612 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced. None of the privileges apply. This document does not refer to pre-decisional or deliberative matters; does not disclose law enforcement techniques and procedures; nor is the individual's privacy rights impacted. |
| OIA Report Affidavit | 618-619 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced. This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act |
| OIA Report Affidavit | 622 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced. This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act |
| OIA Report "Warning & Assurance to Employee Required to Provide Information" | 623 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced. None of the privileges apply. This document does not refer to pre-decisional or deliberative matters; does not disclose law enforcement techniques and procedures; nor is |

| | | | | |
|---|---|---|---|---|
| | | | | the individual's privacy rights impacted. |
| OIA Report<br>Affidavit of James Hundt | | 624-625 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| OIA Report<br>"Warning & Assurance to Employee Required to Provide Information" | | 626 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>This document does not refer to pre-decisional or deliberative matters; does not disclose law enforcement techniques and procedures; nor is the individual's privacy rights impacted. |
| OIA Report<br>Wendall Brown Affidavit | | 627-628 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |

| Document | Page | Privileges Asserted | Ruling |
|---|---|---|---|
| OIA Report "Warning & Assurance to Employee Required to Provide Information" | 629 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>This document does not refer to pre-decisional or deliberative matters; does not disclose law enforcement. techniques and procedures; nor is the individual's privacy rights impacted. |
| OIA Report- 2nd page of Jaimet's Affidavit | 630 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| OIA Report- 1 & 3 page of Jaimet's Affidavit | 631-632 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| Tort Claim Investigation Memorandum for D. Schivone, Captain, re tort | 633 | Law Enforcement Privilege, Deliberative Process | Shall not be produced. |

| Document | Pages | Privileges | Determination |
|---|---|---|---|
| claim | | Privilege, Privacy Act | This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act |
| Tort Claim Investigation for Daryl Kosiak, Regional Counsel for tort claim | 638-639 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act, Attorney-Client Privilege and Work Product Doctrine | Shall not be produced.<br><br>This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act, Attorney-Client Privilege and Work Product Doctrine. |
| SIS Report – Report of Incident | 674-677 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>Information regarding gang affiliation and separation/ CIMS category shall be redacted. |
| SIS Report- After-Action Review Report/Use of Force/Restraints/Chemical Agents/Non-lethal weapons | 678 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>Information regarding gang affiliation and separation/ CIMS category shall be redacted. |
| SIS Report of Incident | 700-703 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>Information regarding gang affiliation and separation/CIMS |

| Document | Bates | Privileges Asserted | Ruling |
|---|---|---|---|
| | | | category shall be redacted. |
| SIS Report- After-Action Review Report/Use of Force/Restraints/Chemical Agents/Non-Lethal Weapons | 704 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>Information regarding gang affiliation and separation/ CIMS category shall be redacted. |
| Tort Claim Investigation Memorandum for Daryl Kosiak, Regional Counsel | 709-710 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act, Attorney-Client Privilege and Work Product Doctrine | Shall not be produced.<br><br>This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act, Attorney-Client Privilege and Work Product Doctrine. |
| Tort Claim Investigation Memo for D. Schiavone | 711 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act, Attorney-Client Privilege and Work Product Doctrine | Shall not be produced.<br><br>This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act, Attorney-Client Privilege and Work Product Doctrine. |
| OIA Report-<br>Memorandum for D. Smith (729)<br>Report of Incident (730-732 | 729-732 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Doc. 729 shall not be produced as it is protected by the Law Enforcement Privilege, Deliberative Process Privilege and the Privacy Act.<br><br>Docs. 730-732 shall be produced with gang affiliations and |

| Document | Pages | Privileges | Disposition |
|---|---|---|---|
| | | | separation information/CIMS category shall be redacted. |
| Referral of Incident to Office of Internal Affairs | 733-734 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced.<br><br>This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| OIA Report- Memorandum of D. Shoff, Special Investigative Agent | 735 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced.<br><br>This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| SIS Report Memorandum Re: "Assault/Fight E Unit" | 736-737 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced.<br><br>This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| SIS Report Memorandum Re: "Assault/Fight E Unit" | 738 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced.<br><br>This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| SIS Report Memorandum for D. Shoff, Special Investigative Agent | 739 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced.<br><br>This document is protected by the Law Enforcement |

| Document | Pages | Privileges | Status |
|---|---|---|---|
| | | | Privilege, Deliberative Process Privilege and Privacy Act. |
| SIS Report Memorandum for D. Shoff, Special Investigative Agent | 740 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced. This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| SIS Report Affidavit | 741 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced. This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| Office of Internal Affairs Report | 745-746 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced. This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| OIA Investigative Report | 767-794 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced. This document is protected by the Law Enforcement Privilege, Deliberative Process Privilege and Privacy Act. |
| SIS Report- Memorandum for file E-Unit Incident | 814-815 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall not be produced. This document is protected by the Law Enforcement |

| Document | Bates | Privileges Asserted | Ruling |
|---|---|---|---|
| | | | Privilege, Deliberative Process Privilege and Privacy Act. |
| SIS Report- Memorandum for C. Gomez, Captain E-Unit Fight/Assault | 866 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.  None of the privileges apply.  The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report- Memorandum for Lt. Mash-Fight in E-unit | 867 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.  None of the privileges apply.  The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report- Memorandum for Lt. Mash-Fight in E-unit and D-range | 868 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.  None of the privileges apply.  The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |

| Document | Bates No. | Privileges Asserted | Ruling |
|---|---|---|---|
| SIS Report Memorandum Fight in E-Unit and D-Range | 869 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report Memorandum to Lt. Mash- Fight in E Unit | 870 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report Memorandum to Lt. Mash- Fight in E Unit | 871 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report Memorandum to Lt. Mash- Fight in ECH D range | 872 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy | Shall be produced.<br><br>None of the privileges apply. |

| | | Act | The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
|---|---|---|---|
| SIS Report Memorandum to Lt. Mash- Fight in ECH D range | 873 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report Memorandum to Lt. Mash- Fight in ECH D range | 874 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report Memorandum to Lt. Mash- Fight in E unit | 875 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br>The information sought is factual rather than evaluative, does not reveal law enforcement |

| | | | techniques or procedures and is not pre-decisional or deliberative. |
|---|---|---|---|
| SIS Report Memorandum for Lt. Mash | 876 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |
| SIS Report Memorandum for D. Shoff, SIA | 877-878 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Shall be produced.<br><br>None of the privileges apply.<br><br>The information sought is factual rather than evaluative, does not reveal law enforcement techniques or procedures and is not pre-decisional or deliberative. |

| SIS Report | 884-888 | Law Enforcement Privilege, Deliberative Process Privilege, Privacy Act | Protected by the Law Enforcement privilege, Deliberative Process privilege and Privacy Act. |

Based upon the foregoing, Defendant United States of America is hereby **ORDERED** to produce the documents consistent with this Order by **June 10, 2011**.

**IT IS SO ORDERED.**

**DATED: June 3, 2011**

_/s/ Donald Wilkerson_
**DONALD G. WILKERSON**
**United States Magistrate Judge**